502 P.2d 296

Angelita WILLIAMS, Individually and as Personal Representative and Administratrix of the Estate of David Martinez, Deceased, et al., Petitioners,

v.

TOWN OF SILVER CITY, a Municipal Corporation, Respondent.

No. 9571.

Supreme Court of New Mexico.
Oct. 19, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 885, 84 N.M. 279, 502 P.2d 304 be and the same is hereby returned to the Clerk of the Court of Appeals.

502 P.2d 296

TOWN OF SILVER CITY, a municipal corporation, Petitioner,

v.

Angelita WILLIAMS, Individually and as Personal Representative and Administratrix of the Estate of David Martinez, Deceased, et al., Respondents.

No. 9572.

Supreme Court of New Mexico.
Oct. 19, 1972.

Ordered that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 885, 84 N.M. 279, 502 P.2d 304 be and the same is hereby re-returned to the Clerk of the Court of Appeals.

502 P.2d 296

Elmer Rheford BOYD, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9575.

Supreme Court of New Mexico.
Oct. 24, 1972.

Ordered that application for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 901, 84 N.M. 290, 502 P.2d 315 be and the same is hereby returned to the Clerk of the Court of Appeals.

502 P.2d 296

Gilbert GONZALES, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9576.

Supreme Court of New Mexico.
Oct. 26, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 922, 84 N.M. 275, 502 P.2d 300 be and the same is hereby turned to the Clerk of the Court of Appeals.